IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

JACQUELINE L. GOOD, )
 )
      Plaintiff, )
 )
v. ) Case No. CIV-15-308-D
 )
NANCY A. BERRYHILL, )
Acting Commissioner of )
Social Security Administration, )
 )
      Defendant. )

## ORDER

This matter comes before the Court on Plaintiff's Motion for Award of Attorney's Fees Pursuant to 42 U.S.C. §406(b) [Doc. No. 24].[1] Plaintiff seeks an award of fees in the amount of $11,222.40 to compensate her attorneys for legal services provided in the case. Plaintiff is the prevailing party in this action for purposes of 42 U.S.C. § 406(b) by virtue of the Judgment entered in this case [Doc. No. 19]. The Acting Commissioner has responded by stating she has no objection to the requested fees [Doc. No. 25]. The Court, upon review of the parties' submissions, finds that Plaintiff is entitled to an award of attorney fees and the amount of attorney fees requested is reasonable.

---

[1] Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, Plaintiff was previously awarded attorney's fees in the amount of $6,222.40 [Doc. No. 23].

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Award of Attorney's Fees Pursuant to 42 U.S.C. § 406(b) is **GRANTED**. The Court orders an award of attorney fees to Plaintiff in the amount of $11,222.40 payable to Plaintiff's counsel, Marianna E. McKnight. In light of the previous EAJA fee award, counsel shall reimburse Plaintiff the amount of $6,222.40. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 796, (2002); *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED** this 2nd day of October 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE